# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:12-00172 |
| ) | Judge Trauger |
| DONALD RAY WEAVER ) | |
| ) | |

## O R D E R

The court has been notified that this case is for plea. It is therefore **ORDERED** that the trial scheduled for April 23, 2013 is **CANCELLED**, and this case is set for a change of plea hearing on Tuesday, April 30, 2013, at 2:00 p.m. The defendant shall execute and file a waiver of speedy trial by April 25, 2013.

It is so **ORDERED**.

ENTER this 18th day of April 2013.

 ALETA A. TRAUGER
 U.S. District Judge