# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00172 |
| | ) | Judge Trauger |
| DONALD RAY WEAVER | ) | |
| | ) | |

## O R D E R

A status hearing was held in this case on October 3, 2013. By agreement, it is hereby

**ORDERED** that this case is **RESET** for sentencing on Monday, December 9, 2013, at 2:00 p.m.

It is so **ORDERED**.

ENTER this 3rd day of October 2013.

_____
ALETA A. TRAUGER
U.S. District Judge